# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0066. EMBERY MCBRIDE v. TERRY BARNARD et al.**

Embery McBride, proceeding pro se, has filed an emergency motion pursuant to this Court's Rule 40 (b) which seeks an extension of time in which to file an application for a discretionary appeal from the superior court's orders denying his motion to set aside the judgment and his motion to recuse the trial court judge, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*